81,764-01

03-16-2015

Dear Clerk of said court:

In Re: Benson, Yusulf S

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 19 2015

Abel Acosta, Clerk

CCA Cause No: WR-81,764-01

Trial Court Case No: 65676-A

As I have not received confirmation I do not believe you were serviced by operation of law with a copy of the motion and answer to my request during Habeas review for bond acording to Tex. Code Crim. Proc. 11.65(a); (b); (c); and (d). The Court has abused its jurisdictional discretion, to, on its own, grant the writ of relief and by laws that govern it. Tex. Code Crim. Proc. 11.05. The refusal or denial of the writ or motions pursuant to it are left up to the ultimate decision of the Court of Criminal Appeals, and the refusal to issue by any officer a writ of habeas corpus, or other writ, warrant or process is governed by Tex. Code Crim. Proc. 11.60 which provides that the refusal to execute and issue process according to his directions, or who wantonly delays the same shall be liable to fine as for contempt of court. The District Courts Denial without issue of process abusing its discretion being sufficient Prima facie evidence to sustain the error. Defendant has been on bench warrant awaiting the Court of Criminal Appeals Decision for over One hundred and

fifty days. Contempt is seemingly a small issue for the high court yet it ensures compliance and fairness in the law, and the importance of the Constitutional Right. Defendant prays the Court stands by its decisions according to Stare Decisis layed out in Ex parte Barnett 600 S.W. 2d 252, 254. Tex. Gov. Code Ann. 21.002 (6). Petitioner appreciates any and all assistance in this matter.

Respectfully Submitted

name: Yusulf Benson
so#: 146 705
address: 3602 County Road 45
Angleton, Texas 77515

Inmates Declaration
"I Yusulf Benson being presently incarcerated in Brazoria County Jail, Angleton, Texas declare under penalty of perjury that the foregoing is true and correct."

so: 146 705

 Exhibit A & B



111 E. Locust, Ste. 500
Angleton, TX 77515

www.brazoria-county.com

979-864-1316
979-388-1316
281-756-1316



# RHONDA BARCHAK
## DISTRICT CLERK
### BRAZORIA COUNTY

February 23, 2015

Yusulf Benson, #1771885
Co# 146705
3602 C.R. 45
Angleton, Texas 77515

In Re: Cause No. 65676-A
THE STATE OF TEXAS vs. YUSULF SHAHEED BENSON

Dear Mr. Benson:

Enclosed you will find a copy of the Order signed by Judge Holder on February 18th, 2015 for your records.

Yours truly,
RHONDA BARCHAK

RB/kmm

Yusulf Benson

v.

The State of Texas

OLD
835410

Cause No: 65676-A

§
§
§
§
§

In the 23rd District
149th Judicial District

Brazoria County, Texas

FILED
at_____o'clock_____M.

FEB 19 2015

Rhonda Barchak
Clerk of District Court Brazoria Co., Texas
BY _____ Kmm _____ DEPUTY

## Order

On this the __18th__ day of __February, 2015__, came to be heard Defendant's Habeas Motion for bond and upon consideration of it, it is (~~Granted~~/Denied)

_____
T. Holder
Judge Presiding

## Certificate of Service

I certify that a copy of the foregoing Motion(s) have been mailed on the 12th day of February 2015, to the District Clerk of the 149th District Court Brazoria County 111 E. Locust Suite 500 Angleton, Tx. 77515.

## Inmates Declaration

"I Yusulf Benson being presently incarcerated in Brazoria County, Angleton Texas declare under penalty of perjury that the foregoing is true and correct.

Date: Feb. 12, 2015

RECEIVED

FEB 17 2015

Rhonda Barchak
Brazoria County
District Clerk

SO#: 146705

12410